# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JORGE R. HERNANDEZ, | ) | Case No. 2:17-cv-00652-JCM-NJK |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | (Docket No. 18) |
| BAYVIEW LOAN SERVICING, LLC, | ) | |
| Defendant. | ) | |

Pending before the Court is Plaintiff's Motion for Status Hearing. Docket No. 18. The Court **DENIES** the Motion for Status Hearing. The Parties shall file a Joint Stipulation of Dismissal no later than September 27, 2017.

IT IS SO ORDERED.

DATED: August 29, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE