# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JORGE R. HERNANDEZ,

    Plaintiff,

vs.

BAYVIEW LOAN SERVICING, LLC,

    Defendant.

Case No. 2:17-cv-00652-JCM-NJK

ORDER DENYING MOTION TO SEAL

(Docket No. 20)

Pending before the Court is Plaintiff's motion to seal in relation to his motion for status hearing. Docket No. 20, 18. For the reasons discussed more fully below, the motion is hereby **DENIED** without prejudice.

The Ninth Circuit has held that there is a presumption of public access to judicial files and records, and that parties seeking to maintain the confidentiality of documents attached to non-dispositive motions must make a "particularized showing" of "good cause." *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir. 2003)); *see also Pintos v. Pac. Creditors Assoc.*, 605 F.3d 665, 678 (9th Cir. 2010). Parties "who seek to maintain the secrecy of documents attached to dispositive motions must meet the high threshold of showing that 'compelling reasons' support secrecy." *Kamakana*, 447 F.3d at 1180. To the extent any confidential information can be easily redacted while leaving meaningful information available to the public, the Court must order that redacted versions be filed rather than sealing entire documents. *Foltz*, 331 F.3d at 1137.

Plaintiff seeks to seal his motion for status hearing. Docket No. 18. Plaintiff's motion for status hearing includes a letter between the parties stating the settlement amount. *Id.* at 2. Plaintiff includes no points and authorities in his motion, and fails to show why the settlement terms meet the standard for sealing and why if they do, the document cannot be redacted rather than sealed.

Accordingly, the motion to seal is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: September 1, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge