# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JORGE R. HERNANDEZ, | Case No. 2:17-cv-00652-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 23) |
| BAYVIEW LOAN SERVICING, LLC, | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to seal its motion for status hearing. Docket No. 23; *see also* Docket No. 18 (motion for status hearing). Plaintiff's motion for status hearing included a letter confirming the settlement amount between the parties. Docket No. 18 at 2. Parties "who seek to maintain the secrecy of documents attached to dispositive motions must meet the high threshold of showing that 'compelling reasons' support secrecy." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Those compelling reasons must outweigh the competing interests of the public in having access to the judicial records and understanding the judicial process. *Id.* at 1178-79. In this case, while Plaintiff failed to directly address the issue, the Court finds that compelling reasons exist to support the secrecy of the terms of the confidential settlement.

//
//
//
//

Accordingly, the motion to seal is **GRANTED**. Docket No. 23. The Court **INSTRUCTS** the Clerk's Office to **SEAL** Plaintiff's motion for status hearing. Docket No. 18. Plaintiff is **ORDERED** to re-file its motion for status hearing on the public docket, with only the letter containing the settlement terms under seal, no later than September 11, 2017.

IT IS SO ORDERED.

DATED: September 8, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge