# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JORGE R. HERNANDEZ, ) | Case No. 2:17-cv-00652-JCM-NJK |
| Plaintiff(s), ) | ORDER |
| vs. ) | (Docket No. 25) |
| BAYVIEW LOAN SERVICING, LLC, ) | |
| Defendant(s). ) | |

On August 25, 2017, Plaintiff filed a motion for status hearing that included a letter stating the settlement terms. Docket No. 18. On August 29, 2017, the Court denied Plaintiff's request. Docket No. 19.

On August 31, 2017, Plaintiff filed a motion to seal his motion for status hearing because it contains the terms of the underlying settlement. Docket No. 20. On September 1, 2017, the Court denied Plaintiff's motion to seal. Docket No. 22. The Court found that Plaintiff had failed to address the relevant standards and had failed to show why the document could not be redcated rather than sealed. *Id.* at 2.

On September 5, 2017, Plaintiff filed a second motion to seal. Docket No. 23. Plaintiff asked the Court to redact the letter containing the settlement terms. *Id.* at 2. On September 8, 2017, the Court granted Plaintiff's request. Docket No. 24. As a portion of an already-filed document cannot be redacted, the Court sealed the document at Docket No. 18 and ordered Plaintiff to re-file his motion on the public docket. *Id.* at 2. In other words, the Court ordered Plaintiff to correct the docket by placing his now-sealed motion on the public docket.

Instead, Plaintiff filed a second motion for status hearing that was different than his original motion. Docket No. 25. Accordingly, the Court **DENIES** this motion. No later than September 20, 2017, Plaintiff is **ORDERED** to file his original motion for status hearing, without the letter, which is already under seal.

IT IS SO ORDERED.

DATED: September 18, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge